Laurent R.G. Badoux (020753)
Email: lbadoux@buchalter.com
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
16435 North Scottsdale Road, Suite 440
Scottsdale, Arizona 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| William F. Forrest, a single man; Wendy Smith, a single woman; Michelle Martinez, a single woman; Jodi Miller, a married woman; and Kenneth Turner, a married man,<br><br>                Plaintiffs,<br>v.<br><br>Keith Spizzirri and Miriam Spizzirri, husband and wife; Ken Maring and Jane Doe Maring, a married couple; Cynthia Moore and John Doe Moore, a married couple; Pat Doe and Jane Doe I, husband and wife, John De La Cruz and Jane Doe De La Cruz, a married couple, Intelliquick Delivery, Inc. an Arizona Corporation, Majik Leasing, LLC, an Arizona corporation; and Majik Enterprises I, Inc., an Arizona Corporation,<br><br>                Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

**TO:   THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

PLEASE TAKE NOTICE THAT Defendants Keith Spizzirri and Miriam

Spizzirri, Ken Maring and Jane Doe Maring, Cynthia Moore and John Doe Moore, Pat Doe and Jane Doe I, John De La Cruz and Jane Doe De La Cruz, Intelliquick Delivery, Inc., Majik Leasing, LLC, and Majik Enterprises I, Inc. (together, "Defendants"), hereby remove to this Court the state court action described below. Defendants are parties to a civil action that Plaintiffs William F. Forrest, Wendy Smith, Michelle Martinez, Jodi Miller, and Kenneth Turner (together, "Plaintiffs") commenced on July 9, 2021 in the Superior Court of the State of Arizona, County of Maricopa, entitled *William F. Forrest, a single man, Wendy Smith, a single woman, Michelle Martinez, a single woman, Jodi Miller, a married woman, and Kenneth Turner, a married man v. Keith Spizzirri and Miriam Spizzirri, Ken Maring and Jane Doe Maring, Cynthia Moore and John Doe Moore, Pat Doe and Jane Doe I, John De La Cruz and Jane Doe De La Cruz, Intelliquick Delivery, Inc., Majik Leasing, LLC, and Majik Enterprises I, Inc.,* as case number CV2021-010875 (the "State Court Action"). All pleadings and other documents that have been filed to date in the State Court Action are attached hereto as Exhibit "A".

1. Formal service of process of the Complaint from the State Court Action was requested from Defendants Spizzirri on September 2, 2021, and acceptance of waiver of service form completed on September 15, 2021. Further waiver of service was requested of all remaining Defendants on September 23, 2021 and accepted by undersigned counsel. Under 28 U.S.C. § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure, Defendant's removal is timely filed and served within thirty (30) days.

2. This Court has original jurisdiction over this matter under 28 U.S.C. § 1331, as the First Amended Complaint specifically alleges a violation of a federal statute (Fair Labor Standards Act), and this Court has supplemental jurisdiction over the non-federal claims in the state court action pursuant to 28 U.S.C. § 1367(a). This

matter also presents an issue of original jurisdiction pursuant to the Federal Arbitration Act.  9 U.S.C. §§1 *et seq*.

3. Defendants previously filed a copy of this Notice of Removal of Civil Action in the State Court Action, as required by 28 U.S.C. § 1446(d) and Local Rule of Civil Procedure 3.6(a) for the District of Arizona.  Pursuant to Rule 5(d) of the Federal Rules of Civil Procedure, Defendants have attached a copy of the Certificate of Service of their Notice to Adverse Parties of Removal to Federal Court filed in the State Court Action, which Notice attaches this Notice of Removal of Civil Action as an exhibit.

DATED this 1st day of October, 2021.

**BUCHALTER,**
**A PROFESSIONAL CORPORATION**


By:  */s/ Laurent R.G. Badoux*
   Laurent R.G. Badoux
   *Attorneys for Defendants*


ORIGINAL of the foregoing e-filed this 1st
day of October, 2021, with:

CLERK OF THE UNITED STATES DISTRICT COURT
401 W. Washington St.
Phoenix, AZ  85003

COPY of the foregoing served via U.S. mail
this 1st day of October, 2021, to:

Nicholas J. Enoch, Esq.
Clara S. Acosta, Esq.
William H. Holder, Esq.
LUBIN & ENOCH, P.C.
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Email: nick@lubinandenoch.com
*Attorneys for Plaintiffs*

By: */s/  Lori Harpel*