**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| William F Forrest, et al., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>Keith Spizzirri, et al., <br><br>　　　　Defendants. | **NO. CV-21-01688-PHX-GMS** <br><br> **DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered. Plaintiffs are awarded Judgment against Defendants in the following apportioned amounts plus prejudgment interest on the minimum Wage and Paid Sick Time principal amounts at the rate of 8.25% per annum from the last date of their employment until entry of Judgment, plus post-judgment interest at a rate of 3.49% from entry of Judgment until paid:

| Plaintiff | Minimum wages plus damages | Overtime wages plus damages | Paid sick time plus damages | Total | Last Date of Employment |
|---|---|---|---|---|---|
| **William Forrest** | $109.25 x 3= $327.75 | $10,969.43 x 2= $21,938.86 | $1,473.60 x 3= $4,420.80 | **$26,687.41** | June 15, 2020 |
| **Wendy Smith** | $129,027.38 x 3= $387,082.14 | $20,405.70 x 2= $40,811.40 | $1,182.50 x 3= $3,547.50 | **$431,441.04** | September 21, 2020 |

| **Jodi Miller** | $105,098.06 x 3= $315,294.18 | $18,942.99 x 2= $37,885.98 | $1,004.00 x 3= $3,012.00 | **$356,192.16** | September 25, 2020 |
|---|---|---|---|---|---|
| **Michelle Martinez** | $48,859.24 x 3= $146,577.72 | $15,325.08 x 2= $30,650.16 | $2,372.74 x 3= $7,118.22 | **$184,346.11** | January 10, 2023 |
| **Kenneth Turner** | $845.20 x 3= $2,535.60 | $14,027.71 x 2= $28,055.42 | $3,668.47 x 3= $11,005.41 | **$41,596.43** | February 11, 2023 |
| | | | Total | **$1,040,263.15** | |

IT IS FURTHER ORDERED that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Judgment be entered in favor of Plaintiffs and against Defendants Intelliserve LLC, Intelliquick Delivery Incorporated, Majik Leasing LLC, Majik Enterprises I Incorporated, Keith Spizzirri, Miriam Spizzirri, Cynthia Moore and Jason Moore, and John De La Cruz and Jane Doe De La Cruz (Debra De La Cruz), individually and collectively, in the amount of $1,040,263.15, as reflected above

IT IS FURTHER ORDERED awarding Plaintiffs $738,902.63 for their reasonable attorneys' fees and $7,315.44 in costs and expenses and shall bear interest at the federal rate from the date of Judgment until paid.

IT IS FURTHER ORDERED that this judgment is, and shall be, entered as a final judgment pursuant to Fed. R. Civ. P. 54(b) as to all Defendants as set forth above.

Debra D. Lucas
District Court Executive/Clerk of Court

December 30, 2025

By  s/ K. James
    Deputy Clerk

- 2 -